UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-60640-DSL

HOWARD COHAN,

    Plaintiff,

vs.

PEMBROKE MOTORS, INC.
d/b/a AUTONATION CHRYSTLER
DODGE JEEP RAM PEMBROKE PINES

    Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN and the Defendant, PEMBROKE MOTORS, INC., , d/b/a AUTONATION CHRYSTLER DODGE JEEP RAM PEMBROKE PINES, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 13, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Jeffrey A. Baker** |
| Gregory S. Sconzo, Esq. | Jeffrey A. Baker, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No: 443913 |
| Sconzo Law Office, P.A. | Conroy Simberg |
| 3825 PGA Boulevard, Suite 207 | 801 Centrepark Drive East, Suite 200 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 697-8088 |
| Facsimile: (561) 491-9459 | Fax: (561) 697-8664 |
| Email: greg@sconzolawoffice.com | Primary Email: eservicewpb@conroysimerg.com |
| Email: perri@sconzolawoffice.com | Secondary Email: jblaker@conroysimberg.com |
| Attorney for Plaintiff | Attorney for Defendant |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                       **/s/ Gregory S. Sconzo**
                                                       **Gregory S. Sconzo, Esq.**